UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA<br><br>    v.<br><br>ANTHONY WILLIAMS,<br> also known as "Trav" and "T,"<br>TYRONE HUNTER,<br> also known as "Brother Man" and "Brah,"<br>DEMETRIUS YANCY,<br> also known as "Meechie" and "KT,"<br>RICKY BROOKS,<br> also known as "Rick," and<br>JEROME CHOICE,<br> also known as "G," "G Baby," and "JC" | No. 17 CR 173<br><br>Judge John Robert Blakey |
|---|---|

# GOVERNMENT'S PROPOSED EXHIBIT LIST[1]

| Exhibit | Description | Admitted |
|---|---|---|
| **Physical Evidence** | | |
| 001 | 5.6 grams of heroin seized Feb. 3, 2016 | |
| 002 | 6.9 grams of heroin seized Feb. 12, 2016 | |
| 003 | 12 grams of heroin seized Mar. 22, 2016 | |
| 004 | 9.1 grams of heroin seized Apr. 5, 2016 | |
| 005 | 18.6 grams of heroin seized May 26, 2016 | |
| 006 | 2.6 grams of cocaine base seized May 26, 2016 | |
| 007 | 5.4 grams of heroin seized June 2, 2016 | |
| 008 | 1.2 grams of cocaine base seized June 2, 2016 | |

---

[1] [1] The government reserves the right to amend this Exhibit List before trial.

| | | |
|---|---|---|
| 009 | 2.1 grams of heroin seized Aug. 19, 2016 | |
| 010 | Five bags containing zip lock bags with spade insignias seized Sept. 7, 2016 | |
| 011 | Book bag seized Sept. 7, 2016 | |
| 012 | Empty bottles and boxes of Dormin seized Sept. 7, 2016 | |
| 013 | U.S. Bank letter addressed to Anthony Williams seized Sept. 7, 2016 | |
| 014 | $3,001 in U.S. currency seized Sept. 7, 2016 | |
| 015 | 530 grams of cocaine seized Sept. 26, 2016 | |
| 016 | 31 grams of heroin seized Sept. 26, 2016 | |
| 017 | $2,459 in U.S. Currency seized Sept. 26, 2016 | |
| 018 | $9,595 in U.S. Currency seized Sept. 26, 2016 | |
| 019 | Miscellaneous utility bills and bank statements addressed to Tyrone Hunter seized Sept. 26, 2016 | |
| 020 | Mr. Coffee brand coffee grinders seized Sept. 26, 2016 | |
| 021 | Dormin pill bottles and plastic bags seized Sept. 26, 2016 | |
| 022 | 78 Xanax pills seized Sept. 26, 2016 | |
| 023 | F.T. Italy, CAT 6665, .38 caliber handgun bearing S/N AE08145 seized Sept. 26, 2016 | |
| 024 | KAHR, CW9 9mm semi-automatic handgun bearing S/N EF0257 seized Sept. 26, 2016 | |
| 025 | Ruger .45 caliber revolver bearing S/N seized Sept. 26, 2016 bearing S/N 56-44345 | |
| 026 | KAHR, CW9 9mm semi-automatic handgun bearing S/N EH4313 seized Sept. 26, 2016 | |
| 027 | 12.8 grams of heroin seized Oct. 18, 2016 | |
| 028 | 10 grams of heroin seized Nov. 23, 2016 | |
| 029 | 39.2 grams of heroin seized Dec. 14, 2016 | |
| 030 | 0.6 grams of heroin seized Feb. 8, 2017 | |
| 031 | 2.4 grams of heroin seized Feb. 9, 2017 | |
| 032 | 1 gram of heroin seized Feb. 11, 2017 | |

| | | |
|---|---|---|
| 033 | $912 in U.S. currency seized from 2815 W. Harrison St. on Mar. 23, 2017 | |
| 034 | 3.4 grams of heroin seized from 2815 W. Harrison St. on Mar. 23, 2017 | |
| 035 | .086 grams of cocaine base seized from 2815 W. Harrison St. on Mar. 23, 2017 | |
| 036 | 10.2 grams of cocaine base seized from 2815 W. Harrison St. on Mar. 23, 2017 | |
| 037 | 2.178 grams of cocaine base seized from 3314 W. Fillmore St. on Mar. 23, 2017 | |
| 038 | $13,430 in U.S. currency seized from 1852 N. Mobile on Mar. 23, 2017 | |
| 039 | Two silver watches, a silver medallion and a chain seized from 1852 N. Mobile on Mar. 23, 2017 | |
| **Intercepted Recorded Call Sessions** | | |
| TP 1 Session 34 | Target Phone 1 Call session 34 intercepted on May 18, 2016, and corresponding transcript | |
| TP 1 Session 35 | Target Phone 1 Call session 35 intercepted on May 18, 2016, and corresponding transcript | |
| TP 1 Session 91 | Target Phone 1 Call session 91 intercepted on May 19, 2016, and corresponding transcript | |
| TP 1 Session 109 | Target Phone 1 Call session 109 intercepted on May 19, 2016, and corresponding transcript | |
| TP 1 Session 112 | Target Phone 1 Call session 112 intercepted on May 19, 2016, and corresponding transcript | |
| TP 1 Session 154 | Target Phone 1 Call session 154 intercepted on May 20, 2016, and corresponding transcript | |
| TP 1 Session 163 | Target Phone 1 Call session 163 intercepted on May 20, 2016, and corresponding transcript | |
| TP 1 Session 434 | Target Phone 1 Call session 434 intercepted on May 22, 2016, and corresponding transcript | |
| TP 1 Session 546 | Target Phone 1 Call session 546 intercepted on May 23, 2016, and corresponding transcript | |
| TP 1 Session 919 | Target Phone 1 Call session 919 intercepted on May 30, 2016, and corresponding transcript | |
| TP 2 Session 4 | Target Phone 2 call session 4 intercepted on June 17, 2016, and corresponding transcript | |

| | | |
|---|---|---|
| TP 2 Session 6 | Target Phone 2 call session 6 intercepted on June 17, 2016, and corresponding transcript | |
| TP 2 Session 12 | Target Phone 2 call session 12 intercepted on June 17, 2016, and corresponding transcript | |
| TP 2 Session 19 | Target Phone 2 call session 19 intercepted on June 17, 2016, and corresponding transcript | |
| TP 2 Session 20 | Target Phone 2 call session 20 intercepted on June 17, 2016, and corresponding transcript | |
| TP 2 Session 24 | Target Phone 2 call session 24 intercepted on June 17, 2016, and corresponding transcript | |
| TP 2 Session 295 | Target Phone 2 call session 295 intercepted on June 21, 2016, and corresponding transcript | |
| TP 2 Session 307 | Target Phone 2 call session 307 intercepted on June 22, 2016, and corresponding transcript | |
| TP 2 Session 310 | Target Phone 2 call session 310 intercepted on June 22, 2016, and corresponding transcript | |
| TP 2 Session 313 | Target Phone 2 call session 313 intercepted on June 22, 2016, and corresponding transcript | |
| TP 2 Session 314 | Target Phone 2 call session 314 intercepted on June 22, 2016, and corresponding transcript | |
| TP 2 Session 669 | Target Phone 2 call session 669 intercepted on June 29, 2016, and corresponding transcript | |
| TP 2 Session 860 | Target Phone 2 call session 860 intercepted on July 2, 2016, and corresponding transcript | |
| TP 2 Session 931 | Target Phone 2 call session 931 intercepted on July 3, 2016, and corresponding transcript | |
| TP 4 Session 52 | Target Phone 4 call session 52 intercepted on July 23, 2016, and corresponding transcript | |
| TP 4 Session 126 | Target Phone 4 call session 126 intercepted on July 24, 2016, and corresponding transcript | |
| TP 4 Session 184 | Target Phone 4 call session 184 intercepted on July 24, 2016, and corresponding transcript | |
| TP 4 Session 190 | Target Phone 4 call session 190 intercepted on July 24, 2016, and corresponding transcript | |
| TP 4 Session 235 | Target Phone 4 call session 52 intercepted on July 24, 2016, and corresponding transcript | |

4

| | |
|---|---|
| TP 4 Session 263 | Target Phone 4 call session 263 intercepted on July 25, 2016 and corresponding transcript |
| TP 4 Session 266 | Target Phone 4 call session 266 intercepted on July 25, 2016, and corresponding transcript |
| TP 4 Session 289 | Target Phone 4 call session 289 intercepted on July 25, 2016, and corresponding transcript |
| TP 4 Session 319 | Target Phone 4 call session 319 intercepted on July 26, 2016, and corresponding transcript |
| TP 4 Session 361 | Target Phone 4 call session 361 intercepted on July 26, 2016, and corresponding transcript |
| TP 4 Session 402 | Target Phone 4 call session 402 intercepted on July 27, 2016, and corresponding transcript |
| TP 4 Session 405 | Target Phone 4 call session 405 intercepted on July 27, 2016, and corresponding transcript |
| TP 4 Session 410 | Target Phone 4 call session 410 intercepted on July 27, 2016, and corresponding transcript |
| TP 4 Session 583 | Target Phone 4 call session 583 intercepted on July 29, 2016, and corresponding transcript |
| TP 4 Session 584 | Target Phone 4 call session 582 intercepted on July 29, 2016, and corresponding transcript |
| TP 4 Session 587 | Target Phone 4 call session 587 intercepted on July 29, 2016, and corresponding transcript |
| TP 4 Session 590 | Target Phone 4 call session 590 intercepted on July 29, 2016, and corresponding transcript |
| TP 4 Session 597 | Target Phone 4 call session 597 intercepted on July 29, 2016, and corresponding transcript |
| TP 3 Session 2801 | Target Phone 3 call session 2801 intercepted on Aug. 4, 2016, and corresponding transcript |
| TP 4 Session 1331 | Target Phone 4 call session 1331 intercepted on Aug. 6, 2016, and corresponding transcript |
| TP 4 Session 1341 | Target Phone 4 call session 1341 intercepted on Aug. 6, 2016, and corresponding transcript |
| TP 4 Session 1342 | Target Phone 4 call session 1342 intercepted on Aug. 6, 2016, and corresponding transcript |
| TP 4 Session 1343 | Target Phone 4 call session 1343 intercepted on Aug. 6, 2016, and corresponding transcript |

| | | |
|---|---|---|
| TP 4 Session 1344 | Target Phone 4 call session 1344 intercepted on Aug. 6, 2016, and corresponding transcript | |
| TP 4 Session 1361 | Target Phone 4 call session 1361 intercepted on Aug. 6, 2016, and corresponding transcript | |
| TP 4 Session 1367 | Target Phone 4 call session 1367 intercepted on Aug. 6, 2016, and corresponding transcript | |
| TP 4 Session 2758 | Target Phone 4 call session 2758 intercepted on Aug. 6, 2016, and corresponding transcript | |
| TP 4 Session 3914 | Target Phone 4 call session 3914 intercepted on Sept. 7, 2016, and corresponding transcript | |
| TP 4 Session 3931 | Target Phone 4 call session 3931 intercepted on Sept. 7, 2016, and corresponding transcript | |
| TP 4 Session 3944 | Target Phone 4 call session 3944 intercepted on Sept. 7, 2016, and corresponding transcript | |
| TP 4 Session 3945 | Target Phone 4 call session 3945 intercepted on Sept. 7, 2016, and corresponding transcript | |
| TP 4 Session 4102 | Target Phone 4 call session 4102 intercepted on Sept. 8, 2016, and corresponding transcript | |
| TP 4 Session 4123 | Target Phone 4 call session 4123 intercepted on Sept. 8, 2016, and corresponding transcript | |
| TP 4 Session 5383 | Target Phone 4 call session 5383 intercepted on Sept. 19, 2016, and corresponding transcript | |
| TP 4 Session 5418 | Target Phone 4 call session 5418 intercepted on Sept. 19, 2016, and corresponding transcript | |
| TP 4 Session 5419 | Target Phone 4 call session 5419 intercepted on Sept. 19, 2016, and corresponding transcript | |
| TP 4 Session 5425 | Target Phone 4 call session 5425 intercepted on Sept. 19, 2016, and corresponding transcript | |
| TP 4 Session 5430 | Target Phone 4 call session 5430 intercepted on Sept. 19, 2016, and corresponding transcript | |
| TP 4 Session 5431 | Target Phone 4 call session 5431 intercepted on Sept. 19, 2016, and corresponding transcript | |
| TP 4 Session 5437 | Target Phone 4 call session 5437 intercepted on Sept. 19, 2016, and corresponding transcript | |
| TP 4 Session 6213 | Target Phone 4 call session 6213 intercepted on Sept. 25, 2016, and corresponding transcript | |

| | | |
|---|---|---|
| TP 4 Session 6215 | Target Phone 4 call session 6215 intercepted on Sept. 25, 2016, and corresponding transcript | |
| TP 4 Session 6238 | Target Phone 4 call session 6238 intercepted on Sept. 25, 2016, and corresponding transcript | |
| TP 4 Session 6241 | Target Phone 4 call session 6241 intercepted on Sept. 25, 2016, and corresponding transcript | |
| TP 4 Session 6242 | Target Phone 4 call session 6242 intercepted on Sept. 25, 2016, and corresponding transcript | |
| TP 4 Session 6249 | Target Phone 4 call session 6249 intercepted on Sept. 25, 2016, and corresponding transcript | |
| TP 4 Session 6259 | Target Phone 4 call session 6259 intercepted on Sept. 25, 2016, and corresponding transcript | |
| TP 4 Session 6296 | Target Phone 4 call session 6296 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6305 | Target Phone 4 call session 6305 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6306 | Target Phone 4 call session 6306 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6311 | Target Phone 4 call session 6311 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6324 | Target Phone 4 call session 6324 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6331 | Target Phone 4 call session 6331 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6338 | Target Phone 4 call session 6338 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6346 | Target Phone 4 call session 6346 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6347 | Target Phone 4 call session 6347 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6361 | Target Phone 4 call session 6361 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6409 | Target Phone 4 call session 6409 intercepted on Sept. 26, 2016, and corresponding transcript | |
| TP 4 Session 6634 | Target Phone 4 call session 6634 intercepted on Sept. 27, 2016, and corresponding transcript | |
| **Recorded Calls & Text Messages** | | |

| Recording 1 | Feb. 3, 2016 Text Messages with D. Yancy | |
|---|---|---|
| Recording 2 | Feb. 11-12, 2016 Text Messages with D. Yancy | |
| Recording 3 | Feb. 19, 2016 Text Messages | |
| Recording 4 | Mar. 10, 2016 Text Messages with D. Yancy | |
| Recording 4A | Mar. 10, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 5 | Mar. 17, 2016 Text Messages with D. Yancy | |
| Recording 5A | Mar. 17, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 6 | Mar. 22, 2016 Text Messages with D. Yancy | |
| Recording 6A | Mar. 22, 2016 Audio Recording of controlled purchase of 12 grams of heroin from D. Yancy, and corresponding transcript | |
| Recording 7 | Mar. 25, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 7A | Mar. 25, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 7B | Mar. 25, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 8 | Apr. 5, 2016 Text Messages with D. Yancy | |
| Recording 8A | Apr. 5, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 9 | Apr. 12, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 10 | April 29, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 10A | April 29, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 11 | May 20, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 11A | May 20, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 12 | May 26, 2016 Text Messages with D. Yancy | |
| Recording 12A | May 26, 2016 Phone Call with D. Yancy, and corresponding transcript | |

| | | |
|---|---|---|
| Recording 12B | May 26, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 13 | May 30, 2016 Text Messages with D. Yancy | |
| Recording 14 | June 2, 2016 Text Messages with D. Yancy | |
| Recording 14A | June 2, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 14B | June 2, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 14C | June 2, 2016 Phone Call with D. Yancy, and corresponding transcript | |
| Recording 15 | Oct. 18, 2016 Phone Call with J. Choice, and corresponding transcript | |
| Recording 16 | Nov. 18, 2016 Phone Call with J. Choice, and corresponding transcript | |
| Recording 16A | Nov. 18, 2016 Phone Call with J. Choice, and corresponding transcript | |
| Recording 17 | Nov. 23, 2016 Phone Call with J. Choice, and corresponding transcript | |
| Recording 17A | Nov. 23, 2016 Phone Call with J. Choice, and corresponding transcript | |
| Recording 18 | Dec. 14, 2016 Phone Call with J. Choice, and corresponding transcript | |
| Recording 18A | Dec. 14, 2016 Phone Call with J. Choice, and corresponding transcript | |
| Recording 19 | Feb. 8, 2017 Text messages with A. Williams | |
| Recording 19A | Feb. 8, 2017 Phone Call with A. Williams, and corresponding transcript | |
| Recording 19B | Feb. 8, 2017 Phone Call with A. Williams, and corresponding transcript | |
| Recording 20 | Feb. 9, 2017 Phone Call with A. Williams, and corresponding transcript | |
| Recording 20A | Feb. 9, 2017 Text Messages with A. Williams | |
| Recording 21 | Feb. 11, 2017 Text Messages with A. Williams | |
| Recording 21A | Feb. 11, 2017 Phone Call with A. Williams, and corresponding transcript | |
| Recording 22 | Feb. 21, 2017 Text Messages with A. Williams | |

| | | |
|---|---|---|
| Recording 22A | Feb. 21, 2017 Phone Call with A. Williams, and corresponding transcript | |
| **Videos** | | |
| Video 1 | Video of Feb. 12, 2016 controlled purchase of heroin from D. Yancy | |
| Video 2 | Video of Feb. 19, 2016 controlled purchase | |
| Video 3 | Video of Mar. 10, 2016 controlled purchase from D. Yancy | |
| Video 4 | Video of Mar. 17, 2016 controlled purchase from D. Yancy | |
| Video 5 | Video of Mar. 25, 2016 controlled purchase from D. Yancy | |
| Video 6 | Video of Apr. 5, 2016 controlled purchase of 9.1 grams of heroin from D. Yancy | |
| Video 7 | Video of Apr.j 12, 2016 controlled purchase from D. Yancy | |
| Video 8 | Video of Apr. 29, 2016 controlled purchase from D. Yancy | |
| Video 9 | Video of May 20, 2016 controlled purchase from D. Yancy | |
| Video 10 | Video of May 26, 2016 controlled purchase from D. Yancy | |
| Video 11 | Video of June 2, 2016 controlled purchase from D. Yancy | |
| Video 12 | Video of Aug. 19, 2016 controlled purchase from J. Choice | |
| Video 13 | Video of Oct. 7, 2016 controlled purchase from J. Choice | |
| Video 14 | Video of Oct. 18, 2016 controlled purchase from J. Choice | |
| Video 15 | Video of Nov. 18, 2016 controlled purchase from J. Choice | |
| Video 16 | Video of Nov. 23, 2016 controlled purchase from J. Choice | |
| Video 17 | Video of Dec. 14, 2016 controlled purchase from J. Choice | |

| | | |
|---|---|---|
| Video 18 | Video of Feb. 8, 2017 controlled purchase from J. Choice | |
| **Surveillance Camera Footage** | | |
| Pod 5.23.16 | CPD Pod Camera footage from Pod 1096 on 5.23.16 | |
| Pod 6.2.16 | CPD Pod Camera footage from Pod 1096 on 6.2.16 at 11:05 a.m. | |
| Pod. 6.17.16 | CPD Pod Camera footage from Pod 7528 on 6.17.16 at 6:48 p.m. | |
| Pod 6.17.16-A | CPD Pod Camera footage from Pod 7528 on 6.17.16 at 6:57 p.m. | |
| Pod 7.27.16 | CPD Pod Camera footage from Pod 7528 on 7.27.16 at 4:32 p.m. | |
| Pod 8.6.16 | CPD Pod Camera footage from Pod 7528 on 8.6.16 at 2:25 p.m. | |
| Pod 8.6.16-A | CPD Pod Camera footage from Pod 6232 on 8.6.16 at 2:50 p.m. | |
| Pod 8.6.16-B | CPD Pod Camera footage from Pod 7528 on 8.6.16 at 3:06 p.m. | |
| Pod 8.6.16-C | CPD Pod Camera footage from Pod 7528 on 8.6.16 at 3:10 p.m. | |
| Pod 8.6.16-D | CPD Pod Camera footage from Pod 7528 on 8.6.16 at 6:00 p.m. | |
| Pole. 9.7.16 | Pole Camera footage from 504 Wesley, Oak Park on 9:7.16 at 4:47 p.m. | |
| Pole 9.7.16-A | Pole Camera footage from 504 Wesley, Oak Park on 9:7.16 at 5:58 p.m. | |
| Pole 9.7.16-B | Pole Camera footage from 504 Wesley, Oak Park on 9:7.16 at 7:13 p.m. | |
| Pole 9.25.16 | Pole Camera footage from 914 S. Western Ave., Chicago on 9.25.16 at 5:53 p.m. | |
| Pole 1.2.17 | Pole Camera footage from 504 Wesley, Oak Park on 1.2.17 at 9:38 a.m. | |
| Pole 1.2.17-A | Pole Camera footage from 914 S. Western Ave., Chicago on 1.2.17 at 9:39 a.m. | |
| Pole 1.2.17-B | Pole Camera footage from 504 Wesley, Oak Park on 1.2.17 at 9:45 a.m. | |

11

| | | |
|---|---|---|
| Pole 1.2.17-C | Pole Camera footage from 914 S. Western Ave., Chicago on 1.2.17 at 9:54 a.m. | |
| Pole 1.2.17-D | Pole Camera footage from 914 S. Western Ave., Chicago on 1.2.17 at 10:00 a.m. | |
| Pole 1.2.17-E | Pole Camera footage from 914 S. Western Ave., Chicago on 1.2.17 at 10:05 a.m. | |
| **Toll Records** | | |
| Tolls 1 | Toll records for telephone number (773) 354-3903 | |
| Tolls 2 | Toll records for telephone number (708) 971-3213 | |
| Tolls 3 | Toll records for telephone number (312) 975-9438 | |
| Tolls 4 | Toll records for telephone number (312) 975-9438 | |
| Tolls 5 | Toll records for telephone number (773) 263-5039 | |
| **Photos** | | |
| Photo 1 | Photo of Anthony Williams | |
| Photo 2 | Photo of Tyrone Hunter | |
| Photo 3 | Photo of Calvin Williams | |
| Photo 4 | Photo of Demetrius Yancy | |
| Photo 5 | Photo of Ricky Brooks | |
| Photo 6 | Photo of Jerome Choice | |
| Photo 7 | Photo of Atkins Williams | |
| Photo 8 | Photo of Sir Charles Bland | |
| Photo 9 | Photo of Terrance Brooks | |
| Photo 10 | Photo of Ambrocio Morales | |
| Photo 11 | Photo of 2727 W. Lexington St. | |
| Photo 12 | Photo of 914 S. Western Ave. | |
| Photo 13 | Photo of 504 Wesley, Oak Park, IL | |
| Photo 14 | Photo of 2815 W. Harrison St. | |
| Photo 15 | Photo of 2523 W. Harrison St. | |
| Photo 16 | Photo array from March 22, 2016 | |
| Photo 17 | Photo array from August 19, 2016 | |
| Photo 18 | Photo array from Feb. 8, 2017 | |
| Photo 19 | Photo array from Feb. 13, 2017 | |

| Maps | | |
|---|---|---|
| Map 1 | Overview map of the intersection of Harrison and California | |
| Map 2 | Overview map of the 2700 block of West Lexington St. | |
| Map 3 | Overview map of the 2500 block of West Harrison St. | |
| Map 4 | Overview map of the 2600 block of South Kedzie | |
| Map 5 | Overview map of the 5500 block of West Van Buren | |
| Map 6 | Overview map of the intersection of Harrison and Cicero | |
| Map 7 | Overview map of the intersection of Ridgeway Ave. and 16th St. | |
| Map 8 | Overview map of the 5200 block of West Harrison St. | |
| Map 9 | Overview map of the intersection of Sacramento Blvd. and I-290 | |

Dated: June 28, 2019

Respectfully submitted,
JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *James P. Durkin*
JAMES P. DURKIN
JORDAN M. MATTHEWS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300