# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                     Case No.: 1:17−cr−00173
                                                     Honorable John Robert Blakey

Sir Charles Bland, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 10, 2020:

      MINUTE entry before the Honorable John Robert Blakey: The Court is in receipt of Defendant Sir Charles Bland's motion for compassionate release [613]. The Clerk is directed to strike the motion from the docket. Defendant is represented by counsel and should not communicate directly with the Court. Any issues he has should be taken up with the attorney, who can file motions as appropriate. Defense counsel is ordered to review the motion and refile as appropriate. Mailed notice (gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.